# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **JORDAN JOSEPH KINARD,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:15CV00113 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **MS. B. J. RAVIZEE, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

*Jordan Joseph Kinard, Pro Se Plaintiff.*

Plaintiff Jordan Joseph Kinard brings a third Motion for Preliminary Injunction in this case regarding accommodation of his religious practices at Wallens Ridge State Prison. This motion will be summarily denied as repetitive and without merit.

The requested injunction would direct prison officials to provide Kinard immediately with the permanent injunctive relief he seeks in his underlying religious claim: the right to engage in congregational prayers as he desires. For reasons stated in my April 6, 2015, Opinion denying one of Kinard's earlier motions on this issue, I do not find that Kinard's factual allegations warrant the relief he seeks. Kinard is also advised that submitting future, repetitive motions for

relief which I have already ruled inappropriate in this case may subject him to sanctions for abusive filings.

A separate order will be entered denying the Motion for Preliminary Injunction.

DATED: June 19, 2015

/s/ James P. Jones
United States District Judge